UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DORNER,          )<br>                                       )<br>             Plaintiff,           )<br>                                       )<br>      v.                              )<br>                                       )<br>COMMERCIAL TRADE BUREAU OF )<br>CALIFORNIA,                    )<br>                                       )<br>             Defendant.         )<br>_____) | CIV-F-08-0083 AWI SMS<br><br>ORDER VACATING HEARING DATE OF APRIL 7, 2008 AND TAKING MATTER UNDER SUBMISSION |

    Defendant has filed a motion to dismiss for failure to state a claim. Doc. 6. Plaintiff has filed a timely opposition. Doc. 13. Defendant filed a late reply. Doc. 14. The court has reviewed all the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 7, 2008 is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission.

IT IS SO ORDERED.

Dated:     April 3, 2008                              /s/ Anthony W. Ishii
                                                         UNITED STATES DISTRICT JUDGE

1